**Order filed, January 10, 2018.**



### In The
# Court of Appeals
### For The
# First District of Texas

———————

### NO. 01-17-00979-CV

**THE CITY OF HOUSTON, Appellant**

**V.**

**ECOHUB, LLC (FOR ITSELF AND AS ASSIGNEE OF ECOHUB-HOUSTON, LLC): DOLCEFINO COMMUNICATIONS, LLC D/B/A DOLCEFINO CONSULTING; AND WAYNE DOLCEFINO, IN HIS INDIVIDUAL CAPACITY, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case 2017-50825**

---

### ORDER

The reporter's record in this case was due 01/02/2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Terri Anderson, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.

PER CURIAM